UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

Bonnie Berman, et al.,

                Plaintiff(s),

    -against-

Yonkers Public Schools, et al.,

               Defendant(s).

------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

07 Civ. 8010 (KMK)(MDF)

CALENDAR NOTICE

    Please take notice that the above captioned matter has been scheduled for:

\_\_\_ Pre-trial Conference     \_\_\_ Status Conference     \_\_\_ Oral argument
\_\_\_ Settlement conference     \_\_\_ Plea Hearing     \_\_\_ Suppression hearing
✓ Rule (16) conference     \_\_\_ Final pre-trial conference
\_\_\_ Telephone Conference     \_\_\_ Jury Selection and Trial
\_\_\_ Non-Jury Trial     \_\_\_ Inquest

**before the Honorable Kenneth M. Karas, United States District Judge, on Tuesday, May 20, 2008 at 11:15 a.m.** in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

    Any scheduling difficulties must be brought to the attention of the Court in writing, at least three business days beforehand.

Dated: April 28, 2008
       White Plains, New York

                                      So Ordered

                                      _____
                                      Kenneth M. Karas, U.S.D.J